**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| Cinda Barnes, | ) | Case No. ___CA 3:21-3548-JFA___ |
| | ) | (formerly Civil Action No. 2021CP4004886) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S LOCAL RULE 26.01** |
| | ) | **INTERROGATORY RESPONSES** |
| Target Corporation, John Doe 1 and | ) | |
| John Doe 2, | ) | |
| | ) | |
| Defendants. | ) | |

**TO:    THE UNITED STATES COURT:**

Under the provisions of Local Rule 26.01, Defendant, Target Corporation, responds to the Court's Rule 26.01 Interrogatories as follows:

A.    State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:    The Defendant knows of no subrogation interest involved in this case.**

B.    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:    The Defendant asserts that this case should be tried jury.**

C.    State whether the party submitting these responses is a publicly owned company and separately identify:  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER:    The Defendant is a publicly owned company.**

D.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**ANSWER:     Plaintiff filed this case in this division and Defendant does not object.**

E.      Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which *may be* related regardless of whether they are still pending.  Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical translations, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.[1]

**ANSWER:     Defendant is not aware of any related case pending in the District of South Carolina.**

F.      If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:     Defendant is properly identified.**

G.      If you contend that some other person of legal entity is, in whole or in part, liable to you or the other party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:     Defendant is unaware at this time of any other legal entity liable to it or the party asserting this claim; however, Defendant reserves the right to amend this**

**response at a later date should the discovery in this case reveal any other parties who may**

**be liable to the Defendant or the Plaintiff in this matter.**

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/ Mark S. Barrow
Mark S. Barrow, Federal ID No.:  1220
Ryan C. Holt, Federal ID No.:  10736
1515 Lady Street
Post Office Box 12129
Columbia, South Carolina 29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANT**

Columbia, South Carolina

October 29, 2021